UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| EARL WINSTON TAYLOR, | : | Civil No. 02-912 (KSH) |
| Petitioner, | : | |
| v. | : | **O R D E R** |
| ROY L. HENDRICKS, et al., | : | |
| Respondents. | : | |

For the reasons set forth in the Opinion filed herewith,

IT IS on this 25th day of October, 2005,

ORDERED that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 is DISMISSED WITH PREJUDICE; and it is further

ORDERED that the Court denies a certificate of appealability pursuant to 28 U.S.C. § 2253(c); and it is finally

ORDERED that the Clerk shall serve copies of this Order and the accompanying Opinion by regular mail upon Petitioner and the attorney for Respondents, and shall close the file.

/s/ Katharine S. Hayden

KATHARINE S. HAYDEN, U.S.D.J.